UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

|  |  |
|---|---|
| JEFFREY JOSEPH GENDREAU<br>Petitioner,<br>v.<br>GARY SWARTHOUT, (WARDEN)<br>CALIFORNIA STATE PRISON<br>Respondents. | No. CV 10-1909-SVW (VBK)<br><br>ORDER DISMISSING PETITION WITH<br>LEAVE TO AMEND |

On December 10, 2010, Jeffrey Joseph Gendreau hereinafter referred to as "Petitioner") filed a Petition for Writ of Habeas by a Person in State Custody pursuant to 28 U.S.C. §2254. The Court's initial review of the Petition reveals that it suffers from the following deficiencies:

(1) Petitioner has failed to fully respond to number 7(a), (b), (c), (d), and (e) of the habeas form. Petitioner must set forth separately each ground which he claims he is being held in violation of the Constitution, laws or treaties of the United States. Petitioner should also briefly summarize the facts supporting each ground.

    The Petition therefore is **DISMISSED** with leave to amend. If Petitioner desires to pursue this action, he is ordered to file an Amended Petition correcting the deficiencies discussed above within 30 days of the date of this Order. The Clerk is **DIRECTED** to send Petitioner a Central District of California blank habeas petition form for this purpose. The Amended Petition should reflect the same case number, be clearly labeled "First Amended Petition," and be filled out completely.

    Petitioner is cautioned that his failure to timely file an Amended Petition in compliance with this Order will result in a recommendation that the action be dismissed without prejudice for failure to prosecute.

DATED: December 14, 2010

/s/
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE